

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00263-CV

**ANDREW HUSBAND,**

**Appellant**

 **v.**

**ZEKES TRUCKING CO. INC., AND
KELLY DARSEY,**

**Appellees**

**From the County Court at Law
Walker County, Texas
Trial Court No. 12308CV**

## O R D E R

Appellees Zekes Trucking Co. Inc. and Kelly Darsey filed a motion to withdraw regarding their lead counsel on appeal and a separate notice of appearance of counsel.

The motion to withdraw does not comply with Rule 6.5 of the Texas Rules of Appellate Procedure. The motion does substantially comply with a Motion to Substitute Counsel pursuant to Rule 6.5(d) of the Texas Rules of Appellate Procedure.[1]

---

[1] Appellees notice of appearance of counsel also does not comply with the Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.1(c) or 6.5(d).

Accordingly, Tory F. Taylor is substituted as lead counsel in place of T. Marshall Holmes. Allison M. Hooker's appearance as additional counsel for appellees in this appeal is acknowledged.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed June 7, 2017

